IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DIXIE GRALEY-RUSSELL,**

        Plaintiff,        Case No. 2:15-cv-2873
  v.                             Judge Graham
                                          Magistrate Judge King
**MARGIE SCHOOLEY,** *et al.*,

        Defendants.

## ORDER

On October 1, 2015, the United States Magistrate Judge recommended that the action be dismissed for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted. *Order and Report and Recommendation*, ECF 3. Although plaintiff was advised of her right to object to the recommendation, and of the consequences of her failure to do so, there has been no objection.

The *Report and Recommendation*, ECF 3, is **ADOPTED AND AFFIRMED**. This action is hereby dismissed for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT**. Moreover, the Court concludes that an appeal from the judgment would not be taken in good faith.

                                                    s/ James L. Graham
                                                    James L. Graham
                                                    United States District Judge